No. 1267, Misc. KOPTIK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 1268, Misc. BROWN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 1270, Misc. JOHNSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 1275, Misc. SULLIVAN *v.* OREGON. Supreme Court of Oregon. Certiorari denied.

No. 1276, Misc. RICHTER *v.* RIEDMAN, WARDEN. Supreme Court of North Dakota. Certiorari denied.

No. 1278, Misc. HOMCHAK *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Benj. J. Jacobson* for respondent.

No. 1280, Misc. THOMPSON *v.* BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 1281, Misc. HUNT *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 1284, Misc. BROWN *v.* PURCELL, WARDEN, ET AL. Supreme Court of Iowa. Certiorari denied.